# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID PIERGROSSI, | : |
| Plaintiff, | : Civil Action No. 17-01575 |
| v. | : Chief Magistrate Judge |
| | : Maureen P. Kelly |
| DR. PAUL NOEL and | : |
| DR. MICHAEL HERBIK, | : |
| | : Filed via Electronic Case Filing |
| Defendants. | : |

## DOC DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

DOC Defendant, Dr. Paul Noel, by and through Counsel, hereby moves this Honorable Court, pursuant to Fed.R.Civ.P. 56, to enter partial summary judgment in his favor and against Plaintiff, for the reasons set forth in the supporting brief, namely failure to properly exhaust available administrative remedies.

Respectfully submitted,

Office of General Counsel

By: /s/ Kelly J. Hoke
Kelly J. Hoke
Assistant Counsel
Attorney I.D. No. 202917
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
(717) 728-7749
Dated: February 1, 2018       Email: kelhoke@pa.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID PIERGROSSI, | : |
| Plaintiff, | : Civil Action No. 17-01575 |
| v. | : Chief Magistrate Judge |
| | : Maureen P. Kelly |
| DR. PAUL NOEL and | : |
| DR. MICHAEL HERBIK, | : |
| | : Filed via Electronic Case Filing |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Motion for Partial Summary Judgment has been filed electronically and is available for viewing and downloading from the ECF system by Bret Grote and Louis J. Kroeck, IV, counsel for Plaintiff, and therefore satisfies the service requirements under *Fed.R.Civ.P. 5(b)(2)(E); L.Cv.R. 5.6.*

/s/Shelly R. Holley
Shelly R. Holley
Legal Assistant
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
(717) 728-7763

Dated: February 1, 2018