IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DAVID PIERGROSSI,

    Plaintiff,

vs.

DR. PAUL NOEL and
DR. MICHAEL HERBIK,

    Defendants.

*FILED ELECTRONICALLY*

CIV. ACTION NO. 2:17-cv-01575

## **MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT[1]**

Now comes Defendant, Dr. Michael Herbik, and hereby moves for dismissal of Plaintiff's Complaint for the reasons comprehensively set forth in the accompanying Brief in Support.

WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY LLP

BY:   /s/ Meghan K. Adkins
      Meghan K. Adkins, Esquire
      madkins@wglaw.com
      PA ID No. 320908

      /s/ Samuel H. Foreman
      Samuel H. Foreman, Esquire
      sforeman@wglaw.com
      PA ID No. 77096

---

[1] Defendant brings this Motion under Rule 56 in the alternative because one of the arguments is the failure to exhaust administrative remedies, which requires the use of the administrative record from the prison system's grievance process. Case law from the Third Circuit provides unclear guidance on whether the reliance on such administrative record requires conversion to a Rule 56 motion, or may be addressed in a Rule 12 Motion or a Motion for Judgment on the Pleadings, and thus movant leaves this to the Court's discretion.

                                          Four PPG Place
                                          5th Floor
                                          Pittsburgh, PA 15222
                                          (412) 281-4541
                                          (412) 281-4547 FAX

Dated: <u>February 5, 2018</u>

## **CERTIFICATE OF SERVICE**

I, Meghan Adkins, , hereby certify that on this date a true and correct copy of the foregoing **MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** was served upon the following counsel *via* CM/ECF:

Bret. D. Grote, Esquire
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221

Kelly J. Hoke, Esquire
Chief Counsel's Office
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

        /s/ Meghan K. Adkins
Meghan K. Adkins, Esquire

Dated:  February 5, 2018